al rights. The motion is granted, with $10 costs.

ROSENBROCK, Appellant, v. GEARY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Henry Rosenbrock against Joseph John Geary and others. No opinion. Judgment affirmed, with costs.

ROSENTHAL, Appellant, v. RENDICH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Louis Rosenthal against Richard A. Rendich, as receiver, etc., and others.

PER CURIAM. Record transmitted to the county clerk to correct his certification, if it be fact that the letters referred to in the affidavit of George Johnson were attached to the affidavit on file in his office. If the order appealed from does not correctly recite the papers upon which it was made, the remedy is to move at Special Term to resettle the order.

ROSS, Appellant, v. BECKWITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Reuben Ross against James P. Beckwith and others. No opinion. Judgment affirmed, with costs.

ROSSEAU, Respondent, v. LEH, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by William J. Rosseau against Jeremiah Leh. No opinion. Judgment and order affirmed, with costs.

In re ROTHSCHILD. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) In the matter of Arthur Rothschild. No opinion. Reference ordered. Settle order on notice.

In re RUBENS (two cases). (Supreme Court, Appellate Division, First Department. October 15, 1909.) In the matter of Charles Rubens, deceased. No opinions. Motions denied. Orders filed.

RUTHERFORD REALTY CO., Appellant, v. COOK et al., Respondents. (Supreme Court, Appellate Division, First Department. June 5, 1909.) Action by the Rutherford Realty Company against Willet F. Cook and others. J. O'Brien, for appellant. M. L. Stover, for respondents.

PER CURIAM. Order modified, by directing the payment to the plaintiff of the amount of taxes, water rates, insurance, and ground rent, and the balance to the defendants. As so modified, order affirmed, without costs. Settle order on notice. See, also, 130 App. Div. 76, 114 N. Y. Supp. 274.

RYDER, Respondent, v. MOUNTAIN LAKE ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by Mary Martin Ryder, as administratrix, etc., of Ernest W. Ryder, deceased, against the Mountain Lake Ice Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS and MILLER, JJ., dissent.

SALTZMAN et al., Respondents, v. POLSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Saul Saltzman and another against Isaac Polstein. No opinion. J. Fettretch, for appellant. I. M. Wormser, for respondents.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to abide event, on the ground that the verdict is against the weight of evidence. Order filed.

HOUGHTON, J., dissents.

SANBERN, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Albert W. Sanbern against Adrian H. Joline and another, as receivers of the New York City Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SARTI, Respondent, v. SARTI, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Rose Sarti against Giovanni B. Sarti. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SAUMERIG, Respondent, v. BISSELL, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Emillie B. Saumerig against John N. Bissell, as executor, etc., of Henry C. Wright, deceased. No opinion. Judgment of the Municipal Court affirmed, with costs.

SAYLES, Appellant, v. KELLY, Respondent. (Supreme Court, Appellate Division Fourth Department. October 13, 1909.) Action by Burton E. Sayles against William Kelly. No opinion. Judgment affirmed, with costs.

SCHAEFER et al., Respondents, v. SCHIRMEISTER, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Michael Schaefer and another against Frederick Schirmeister. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCHECHWITZ, Respondent, v. HAYES, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by Louis Schechwitz against Charles F. Hayes. S. Graham, for appellant. A. Crosney, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.